# **EXHIBIT B**

# AL NAACP NEWS

**Alabama State Conference National Association for the Advancement of Colored People**

Benard Simelton, President
Alabama State Conference
Phone: 256-444-1300
Cell: 256-426-6406
president@alnaacp.org
bsimelton@aol.com
info@alnaacp.org

Rev. Patricia Mokolo, Chair
Communications Committee
Alabama State Conference
Phone: 205-535-9118
comms@alnaacp.org
patriciamokolo@gmail.com
www.alnaacp.org



*March 25, 2024*

## ALABAMA NAACP CONDEMNS GOVERNOR IVEY RACIST BAN OF DEI LAW

The Alabama NAACP responds alongside other social justice organization, with incredulousness that the Governor of the great state of Alabama, is preparing an overt racist regime for the future generations in Alabama.

Governor Ivey signed SB129 into law, prohibiting state funds for all public schools and institutions who teach diversity, equity, and inclusion, ultimately restricting divisive concepts. This law also outlines eight 'divisive concepts' including discussions around conscious and subconscious racism. It aims to terminate the employment of any employee who violates this law. The law will go into effect October 1, 2024.

"This is colonialism, in 2024. It is an oppressive, all-out attempt to divide the state. We will not allow slavers to strip us from learning of our rich history. We join forces with the National NAACP and Birmingham Mayor Woodfin, to urge athletes and professional students of color, to take their talents to other institutions who value their gifts. There is no need to bring money into this state, nor play for a team, that disregards our humanity," said Benard Simelton, president of the Alabama NAACP.

This is an indelicate law, casting and continuing down a dark path of racist practices in Alabama and putting negative implications on the future of our children and their education. This level of hypocrisy is one that mandates education, as long as our children do not learn about historical facts and truths. One cannot support diversity and inclusion without knowing the truth. "The next generation is at the helm of stepping into leadership in Alabama, and Governor Ivey is pulling out all stops to stop them," added Simelton.

The state of Alabama has joined the state of Florida, as they took aim at the passing the Stop Woke Act 2022, preventing companies from requiring diversity training.

###

NAACP Alabama State Office 809 Hwy 72 West Suite D Athens, AL 35611 www.alnaacp.org 256-444-1300

For more information, please contact Patricia Mokolo, ALNAACP Communications Chairperson 205.535.9118.