IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CASSANDRA SIMON, SYDNEY TESTMAN, MIGUEL LUNA, ISABELLA CAMPOS, DANA PATTON, RICHARD FORDING AND THE ALABAMA STATE CONFERENCE OF THE NAACP<br><br>    Plaintiffs,<br><br>      v.<br><br>KAY IVEY in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, SCOTT PHELPS in his official capacity as President Pro Tempore University of Alabama Board of Trustees, MIKE BROCK, KAREN BROOKS, MYLA E. CALHOUN, RONALD GRAY, JEFF GRONBERG, O.B. GRAYSON HALL JR., BARBARA HUMPHREY, W. DAVIS MALONE III, EVELYN VANSANT MAULDIN, HARRIS MORRISSETTE, J. STEVEN ROY, KENNETH SIMON, MARIETTA URQUHART and KENNETH VANDERVOORT in their official capacities as members of the University of Alabama Board of Trustees<br><br>    Defendants. | Case No. 2:25-cv-00067-MHH |

## JOINT PROPOSED BRIEFING SCHEDULE

The parties have conferred and discussed in good faith the upcoming briefing necessary in this case. In the report below, the parties set forth the following proposed briefing schedule:

- Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction
    - Due: March 7, 2025
- Plaintiffs' Reply to Defendants' Response

- o Due: March 24, 2025

- Defendants' Motion to Dismiss

    - o Due: March 25, 2025

- Plaintiffs' Response to Defendant's Motion to Dismiss

    - o Due: April 18, 2025

- Defendants' Reply to Plaintiffs' Response

    - o Due: May 2, 2025

WHEREFORE, the parties respectfully request that this Court enter an order setting the above-listed briefing schedule in this case.

Dated: March 3, 2025                                Respectfully submitted,

/s/ Alison Mollman                                  /s/ Antonio L. Ingram II
Alison Mollman                                      Antonio L. Ingram II
ASB-8397-A33C                                       Mide Odunsi
ACLU of Alabama                                     NAACP LEGAL DEFENSE
PO Box 6179                                         AND EDUCATION FUND, INC.
Montgomery, AL 36106                                700 14th Street NW, Suite 600
(510) 909-8908                                      Washington, DC 20005
amollman@aclualabama.org                            (202) 682-1300

/s/ Daniel A. Cantor                                /s/ Carmen Lo
Daniel A. Cantor                                    Carmen Lo
ARNOLD & PORTER KAYE                                ARNOLD & PORTER KAYE
SCHOLER LLP                                         SCHOLER LLP
601 Massachusetts Ave NW                            3000 El Camino Real
Washington, DC 20001-3743                           Five Palo Alto Square, Suite 500
(202) 942-5000                                      Palo Alto, CA 94306-3807
                                                    (650) 319-4500
/s/ Michael Rogoff
Michael Rogoff                                      *Counsel for Plaintiffs*
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7684

Steve Marshall
 *Attorney General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

*/s/ A. Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
 *Principal Deputy Solicitor General*

George Muirhead (ASB-7345-K00L)
 *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
George.Muirhead@AlabamaAG.gov

*Counsel for Defendant Kay Ivey in her official capacity as Governor of Alabama*


*/s/ Jay M. Ezelle*
Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Samuel A. Cochran (ASB-1354-R84D)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
jezelle@starneslaw.com
cgresham@starneslaw.com
scochran@starneslaw.com

*Counsel for the members of the Board of Trustees of the University of Alabama*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been delivered on all counsel of record by the Court's electronic filing system on this 3rd day of March, 2025.

>Respectfully submitted,
>
>*/s/ Alison Mollman*
>Alison Mollman
>ASB-8397-A33C
>ACLU of Alabama
>PO Box 6179
>Montgomery, AL 36106
>(510) 909-8908
>amollman@aclualabama.org