UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA SIMON et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 2:25-cv-00067-RDP |
| } | |
| **KAY IVEY et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

On April 16, 2025, the court held a status conference in this case to discuss the pending Motion for Preliminary Injunction (Doc. # 12) and Motions to Dismiss (Docs. # 32, 33). (*See* Doc. # 37). As discussed during the status conference, on or before **May 16, 2025**, the parties **SHALL** meet and confer and **SHALL** file a joint report specifying the following:

- Availability of the parties and anticipated witnesses for a two-day evidentiary hearing and oral argument regarding the three pending motions between the dates May 19, 2025 and June 27, 2025;

- Proposed findings of fact (contained in separate sections indicating whether the facts are stipulated or disputed); and

- Proposed conclusions of law (again, contained in separate sections indicating whether the facts are stipulated or disputed).

Additionally, on or before **May 16, 2025**, Plaintiffs **SHALL** file supplemental briefing on whether Plaintiff The Alabama State Conference of the NAACP has Article III standing (specifying whether such standing is organizational or individual). Plaintiffs **SHALL** also file an evidentiary record to substantiate any allegations that Professor-Plaintiffs were explicitly told that

they should change or cancel specific courses. If these documents must be filed under seal, the parties **SHALL** first file a motion requesting that the record be sealed.

**DONE** and **ORDERED** this April 17, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE