UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CASSANDRA SIMON, SYDNEY TESTMAN, MIGUEL LUNA, ISABELLA CAMPOS, DANA PATTON, RICHARD FORDING AND THE ALABAMA STATE CONFERENCE OF THE NAACP<br><br>Plaintiffs,<br><br>v.<br><br>KAY IVEY in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, SCOTT PHELPS in his official capacity as President Pro Tempore, University of Alabama Board of Trustees, MIKE BROCK, KAREN BROOKS, MYLA E. CALHOUN, RONALD GRAY, JEFF GRONBERG, O.B. GRAYSON HALL JR., BARBARA HUMPHREY, W. DAVIS MALONE III, EVELYN VANSANT MAULDIN, HARRIS MORRISSETTE, J. STEVEN ROY, KENNETH SIMON, MARIETTA URQUHART and KENNETH VANDERVOORT in their official capacities as members of the University of Alabama Board of Trustees<br><br>Defendants. | Case No. 2:25-cv-00067-RDP |

### PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED RESPONSE MEMORANDUM

Plaintiffs Cassandra Simon, Richard C. Fording, Dana Patton, Sydney Testman, Miguel Luna, Isabella Campos, and the Alabama State Conference of the NAACP (collectively, "Plaintiffs"), through their undersigned counsel, respectfully move to request leave of this Court to file a consolidated response memorandum to the motions to dismiss filed by Defendant Kay Ivey (ECF No. 32) and Board Defendants (ECF No. 33) (collectively, "Defendants"). Plaintiffs

2

further request to file the requested consolidated response memorandum as an oversized brief, not to exceed 50 pages, in light of Plaintiffs' request to file a single, consolidated memorandum in response to Defendants' multiple motions to dismiss.

Dated this 18th day of April 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Alison Mollman* <br> Alison Mollman <br> Laurel Hattix <br> ASB-8397-A33C <br> ACLU of Alabama <br> PO Box 6179 <br> Montgomery, AL 36106 <br> (510) 909-8908 <br> amollman@aclualabama.org | */s/ Antonio L. Ingram II* <br> Antonio L. Ingram II* <br> Mide Odunsi* <br> NAACP Legal Defense <br> & Educational Fund, Inc. <br> 700 14th Street NW, Ste. 600 <br> Washington, DC 20005 <br> (202) 682-1300 |
| */s/ Daniel A. Cantor* <br> Daniel A. Cantor* <br> Arnold & Porter Kaye Scholer LLP <br> 601 Massachusetts Ave, NW <br> Washington, DC 20001-3743 <br> (202) 942-5000 | */s/ Carmen Lo* <br> Carmen Lo* <br> Arnold & Porter Kaye Scholer LLP <br> 3000 El Camino Real <br> Five Palo Alto Square, Suite 500 <br> Palo Alto, CA 94306-3807 <br> (650) 319-4500 |
| */s/ Michael Rogoff* <br> Michael Rogoff* <br> Arnold & Porter Kaye Scholer LLP <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> (212) 836-7684 | *Admitted *pro hac vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2025, the foregoing motion was filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/*Alison Mollman*
Alison Mollman
ACLU of Alabama