# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA SIMON et al.,** | } |
| **Plaintiffs,** | } |
| v. | }   Case No.: 2:25-cv-00067-RDP |
| **KAY IVEY et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on Plaintiffs' Motion for Preliminary Injunction (Doc. # 12) and Defendants' Motions to Dismiss. (Docs. # 32, 33).

The court **SETS** this matter for an evidentiary hearing on the three pending motions on **Wednesday, June 25, 2025 at 9:00 A.M. to continue into Thursday, June 26, 2025** before the undersigned in the Special Proceedings courtroom located on the 8th floor of the Hugo L. Black United States Courthouse, located at 1729 5th Avenue North, Birmingham, Alabama 35203.

**DONE** and **ORDERED** this May 21, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE