# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA SIMON, SYDNEY TESTMAN, MIGUEL LUNA, ISABELLA CAMPOS, DANA PATTON, RICHARD FORDING AND THE ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> Plaintiffs, <br><br> vs. <br><br> KAY IVEY in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, SCOTT PHELPS in his official capacity as President Pro Tempore University of Alabama Board of Trustees, MIKE BROCK, KAREN BROOKS, MYLA E. CALHOUN, RONALD GRAY, JEFF GRONBERG, O.B. GRAYSON HALL, JR., BARBARA HUMPHREY, W. DAVIS MALONE III, EVELYN VANSANT MAULDIN, HARRIS MORRISSETTE, J. STEVEN ROY, KENNETH SIMON, MARIETTA URQUHART AND KENNETH VANDERVOORT in their official capacities as members of the University of Alabama Board of Trustees <br><br> Defendants. | Case No. 2:25-cv-00067-RDP |

## NOTICE OF PLAINTIFFS' EVIDENTIARY RECORD
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

On April 17, 2025, this Court ordered Plaintiffs to submit an evidentiary record with the joint report of the parties, due on May 16, 2025. (Doc. 40.) The deadline for submitting the joint report and related submissions was extended from May 16, 2025, to May 21, 2025. (Doc. 51.) Plaintiffs' evidentiary record includes exhibits that are being filed as attachments to this Notice.

Respectfully submitted,

/s/ Alison Mollman
Alison Mollman
ASB-8397-A33C
ACLU of Alabama
PO Box 6179,
Montgomery, AL 36106
(510) 909-8908
amollman@aclualabama.org

/s/ Antonio L. Ingram II
Antonio L. Ingram II*
Mide Odunsi*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300

/s/ Daniel A. Cantor
Daniel A. Cantor*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW Washington, DC
20001-3743
(202) 942-5000

/s/ Carmen Lo
Carmen Lo*
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500 Palo Alto, CA
94306-3807
(650) 319-4500

/s/ Michael Rogoff
Michael A. Rogoff*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7684

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice and attachments have been delivered to opposing counsel by the Court's electronic filing system on this 21st day of May, 2025.

*/s/ Alison Mollman*
Alison Mollman
