FILED

2025 May-21  PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



**From:** **Luoheng Han** luoheng.han@ua.edu
**Subject:** RE: Witt Fellows Summary Memo
**Date:** October 17, 2024 at 1:49 PM
**To:** Dana Patton dana.patton@ua.edu
**Cc:** Tiffany Sippial tasippial@ua.edu

Hi Dana,

Thanks again.

Could you please consider revising your statement to address the following:

1. Specific examples of opportunities for classroom discussions of varying opinions, how the assigned readings "offer diverse perspectives and encourage critical analysis," and how you "consciously avoid" compelling assent.
2. Any additional information that you shared with students this semester to clarify your position on open discussion.
3. Your intention to share our generalized syllabus statement with students this semester and include it in future offerings.
4. Any additional information (e.g., videos, media, speakers, assignments) that you intend to share this semester that would also be perceived as diverse perspectives on the topic.
5. Any planned changes to the readings for future semesters.
6. Address the allegation that the readings are political. There were some specifics in the student statements. Knowing the context of those portions of the readings (if correct) would be helpful (the marriage comment about stealing men, the nursing story, etc.).
7. Address the assertion from a student that he/she was "told by the director next semester we will have to sit down and discuss why we have experienced white privilege in our own lives."
8. Any response or context to the statement about looking for "keywords" on exam answers.
9. Any classroom methodologies that you might be using to avoid "self-censoring" by students.

Apologies, as this is a lengthy list, but it will assist us greatly in responding to the query.

Thanks.


Best,
Luoheng

**Luoheng Han, Ph.D.**
*Senior Associate Provost for Academic Affairs / Professor of Geography*

Office for Academic Affairs
The University of Alabama
254 Rose Administration Building
Box 870114
Tuscaloosa, AL 35487
Phone 205-348-4890 | Fax 205-348-9137

luoheng.han@ua.edu | https://provost.ua.edu/



**From:** Tiffany Sippial <tasippial@ua.edu>
**Sent:** Thursday, October 17, 2024 10:17 AM
**To:** Luoheng Han <luoheng.han@ua.edu>; Dana Patton <dana.patton@ua.edu>
**Subject:** Witt Fellows Summary Memo

Dear Luoheng:

Please find attached the memo from Dr. Patton as a follow up to our discussion yesterday. Please let us know if you need any additional information or materials.

All Best,
Tiffany