FILED
2025 May-21 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



*Following the classical purpose of education, the production of good citizens, the University Fellows Experience strives to prepare the most able and dedicated students at the University of Alabama for remarkable lives of leadership in and service to their community, state, nation, and world.*

*Thomas Henry Huxley wrote, "The great end of life is not knowledge, but action." Similarly, our mission is to shape and enable our exceptionally gifted Fellows to use the knowledge they gain for leadership and service. It is expected that throughout their lives, University Fellows will make a difference for the good, again and again.*

## UFE 201: Systemic Change through Social Entrepreneurship
Fall 2024 | T 3:30 – 4:20 | Lloyd Hall 337 | 2 credit hours

**Contact Information**

Instructors: Dana Patton, PhD; David Bolus, MFA

Email: dana.patton@ua.edu; dnbolus@ua.edu

Office: Honors Hall 389

Office Hours: https://calendly.com/danapatton_meeting/15_minutes, and by appointment

**Course Description**

This course will expand on the students' understanding of systemic change. Students will examine theories of systemic change through highlighted successes of change agents who have effected change in their systems of influence. Throughout the semester, students will develop their own plan for enacting change in their system of choice, while also exploring ideas of ethical leadership, emotional resiliency, and creativity.

**Learning Objectives**

Students will

- better understand themselves and how to work with others who are similar and different.

- examine examples of transformative leadership and systemic change.

- better understand the philosophical underpinnings that support influential leaders' impact in and beyond their fields.

- begin to develop strategies for creating empathetic and ethical change.

**Required Reading**

Readings will be posted in Blackboard.

## Course Policies and Requirements

**Blackboard**

- Blackboard (Bb) is a critical part of this course. I will post Announcements on Bb, which will also be delivered to your Crimson email account.

**Email**

- Please use the emails listed above and not the email function in Bb.

**Attendance and Participation**

- We expect you to attend class. There will be a sign-in sheet passed around during every class meeting. If you are unable to attend class for some reason, please let us know in advance.

- Participation is expected. This does not look the same for everyone every class meeting. Some students like to talk a lot in class (and life) whereas others are quieter and wait for their moment to weigh in on discussions. Everyone can't talk during each and every class meeting! Participation can also take the form of active listening and showing outward signs of engagement when others are talking. If a classmate is talking, looking at that

person rather than your computer screen is a way to show you are actively participating in class.

- Participation in this course also includes your presence and participation in required Fellows events.

## Electronic Devices

- iPads and laptops may be used to take notes. Please do not use your iPad or laptop for any other purpose during our short time together each week.

- Cell phones are not permitted during class unless you are asked to use them! Cell phone ringers must be turned off and phones put completely away (not on your desk, thigh, etc.).  If you have a personal situation that requires you to monitor your phone, please notify us prior to the beginning of class.

## Assignments

- Posted in Bb

## Grading Summary

- UFE 201 Work Portfolio:  70%
- Participation:            30%

## Final Grade Calculation

| A+ | * | B+ | 87-89 | C+ | 77-79 | D+ | 67-69 | F | $\leq 59$ |
|----|------|-----|-------|-----|-------|-----|-------|---|------|
| A | 93-100 | B | 83-86 | C | 73-76 | D | 63-66 | | |
| A- | 90-92 | B- | 80-82 | C- | 70-72 | D- | 60-62 | | |

*Grades of A+ are rare and only given when students meet an exceptionally high bar on all written work, attendance, consistent demonstration of engagement in class and with the course material,

and exhibit outstanding critical thinking skills.

## University Policies and Resources

*These are the boilerplate policies required to be in all syllabi. Please know that I take ALL of these policies very seriously, especially academic misconduct. I will report plagiarism to the Dean's Office even though it is a LOT of paperwork. You are responsible for understanding what constitutes plagiarism. If you aren't sure, you should ask me and I will make sure you understand.*

*At the end of this section of the syllabus, you will see "Wellness Resources". College can be stressful in the best of times, and we are not in those right now! The CDC has recently released a lot of information about adolescent mental health crises during the pandemic. Most of this is focused on children and teens, but most of you are not so far removed from the upper-end of that age group. Please mind your mental health and seek assistance if you are not feeling well. Look out for each other too. Help your friends get help if they are struggling. Sometimes this is as easy as just being there for them and letting a friend know that you notice they are struggling and offering to talk.*

Statement on Academic Misconduct

Students are expected to be familiar with and adhere to the official Academic Misconduct Policy provided in the Online Catalog.

Statement On Disability Accommodations

Contact the Office of Disability Services (ODS) as detailed in the Online Catalog.

Severe Weather Protocol

Please see the latest Severe Weather Guidelines in the Online Catalog.

Pregnant Student Accommodations

Title IX protects against discrimination related to pregnancy or parental status. If you are pregnant and will need accommodations for this class, please review the University's FAQs on

the UAct website.

## Religious Observances

Under the Guidelines for Religious Holiday Observances, students should notify the instructor in writing or via email during the first two weeks of the semester of their intention to be absent from class for religious observance. The instructor will work to provide reasonable opportunity to complete academic responsibilities as long as that does not interfere with the academic integrity of the course. See full guidelines at Religious Holiday Observances Guidelines.

## UAct Statement

The University of Alabama is committed to an ethical, inclusive community defined by respect and civility.  The UAct website (www.ua.edu/uact)  provides extensive information on how to report or obtain assistance with a variety of issues, including issues related to dating violence, domestic violence, stalking, sexual assault, sexual violence or other Title IX violations, illegal discrimination, harassment, hate or bias incidents, child abuse or neglect, hazing, threat assessment, retaliation, and ethical violations or fraud.

## Statement on COVID-19

All University faculty, staff, and students are expected to maintain a commitment to the health and safety of our campus community. Due to the current COVID-19 pandemic, specific health and safety standards are in place to minimize exposure and community spread on campus. In the interest of your health and safety and that of all UA students, faculty and staff, the University reserves the right to change the mode of instruction or schedule of instruction at any time, based upon prevailing public health and other guidance. While the method of delivery may change, educational instruction and opportunities will continue. As such, the University will not provide a refund of tuition, in whole or in-part, based on any such changes. Detailed information on changes in format or schedule can be found at studentaccounts.ua.edu and financialaid.ua.edu.

Getting vaccinated is the best way to  Protect Our Herd. COVID-19 vaccines are being administered by the University Medical Center, the Student Health Center and various businesses and healthcare providers.

## Wellness Resources

**College can be a stressful time**

If you or someone you know is facing a challenging time or dealing with academic or personal

stress, anxiety, depression, or other concerns, we strongly encourage and support you to seek assistance or to help friends find the care that they may need.

Also, If you are experiencing a personal crisis and need urgent assistance, you can also contact the following resources:

*Counseling Center*

- Monday-Friday during routine Center hours (205-348-3863).
- Weekends, holidays, after-hours (contact UAPD at 205-348-5454 and ask to speak with the on-call counselor).
- You may also text BAMA to 741-741 to text with a trained volunteer.

*Women and Gender Resource Center*

- Monday-Friday during routine Center hours (205-348-5040).
- Weekends, holidays, after-hours (contact UAPD at 205-348-5454 and ask to speak to the on-call advocate for the WGRC).

**Course Schedule**

Week 1: Fall semester begins on Wednesday, so no class meeting until Week 2

Week 2: August 27
- Introduction

- Think, Pair, Share.
  - Are traits fixed?

Week 3: September 3
- https://www.forbes.com/sites/annefield/2023/01/30/lessons-from-22-ashoka-social-entrepreneurs-about-systems-change/

- https://www.netimpact.org/blog/four-types-social-entrepreneurship

- https://robertsmith.com/blog/systemic-change/

- Review the Service Smorgasboard in class and discuss options.

Week 4: September 10
- Upload your progress securing a place to serve and plan to begin your minimum one hour per week during Week 5 at the latest.

- Guest Speaker: Dr. Witt

- Reading and Discussion (will be posted on Bb)

Week 5: September 17
- Myers-Briggs Assessment (https://www.16personalities.com/free-personality-test)
  - The period from Freshman to Sophomore year is a time of change for many young people.
  - How can this assessment help you think about your strengths as a leader, as well

as your opportunities for growth?

- Reading and Discussion (will be posted on Bb)

Week 6: September 24

- Implicit Association Test (https://implicit.harvard.edu/implicit/takeatest.html)
  - o Please follow the link and take two or more implicit association tests on the website. You may take them on a computer or on your phone. Some people feel taking them on a phone is easier than on a computer. Note that you do not have to provide the personal information that is requested. Gender-Career IAT and Race IAT are two of the most popular and useful ones (I think) to take. You may take whichever ones you wish to take though. It's very important to understand the purpose of this exercise. Implicit associations are formed from a very early age and influenced by your upbringing and society. If, for example, your results show that you associate "career" with men and "family" with women, this doesn't mean you are sexist. Many women, in fact, have this exact implicit association! The value of discovering your implicit associations is so you can be aware of them in your day-to-day life. This helps you stop and ask yourself questions, such as "would I think or say that if the person were X"?

- Reading and Discussion (will be posted on Bb)

Week 7: October 1

- Guest Speaker
- Reading and Discussion (will be posted on Bb)

Week 8: October 8: Bolman

- Enneagram (https://www.9types.com/rheti/index.php).

- o This free version of the Enneagram will identify your "basic personality type". Read more about the Enneagram types here: https://www.enneagraminstitute.com/type-descriptions
- o How can this assessment help you think about your strengths as a leader, as well as your opportunities for growth?

- Reading and Discussion (will be posted on Bb)

Week 9: October 15

- Guest Speaker
- Reading and Discussion (will be posted on Bb)

Week 10: October 22: Enneagram with Jacqueline

- In-Class Exercise about Leadership
- Reading and Discussion (will be posted on Bb)

Week 11: October 29

- Guest Speaker
- Reading and Discussion (will be posted on Bb)

Week 12: November 5

- Service Reports
- Reading and Discussion (will be posted on Bb)

<u>Week 13: November 12</u>

- Service Reports
- Reading and Discussion (will be posted on Bb)

<u>Week 14: November 19</u>

- Service Reports
- Reading and Discussion (will be posted on Bb)

<u>Week 15</u>

NO CLASS: THANKSGIVING

<u>Week 16: December 3</u>

- Service Reports
- Reading and Discussion (will be posted on Bb)