IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA SIMON, SYDNEY TESTMAN, MIGUEL LUNA, ISABELLA CAMPOS, DANA PATTON, RICHARD FORDING AND THE ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KAY IVEY in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, SCOTT PHELPS in his official capacity as President Pro Tempore University of Alabama Board of Trustees, MIKE BROCK, KAREN BROOKS, MYLA E. CALHOUN, RONALD GRAY, JEFF GRONBERG, O.B. GRAYSON HALL, JR., BARBARA HUMPHREY, W. DAVIS MALONE III, EVELYN VANSANT MAULDIN, HARRIS MORRISSETTE, J. STEVEN ROY, KENNETH SIMON, MARIETTA URQUHART AND KENNETH VANDERVOORT in their official capacities as members of the University of Alabama Board of Trustees<br><br>*Defendants*. | Case No. 2:25-cv-00067-RDP |

## STIPULATION OF DISMISSAL OF PLAINTIFF ISABELLA CAMPOS

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiffs voluntarily dismiss without prejudice the Plaintiff Isabella Campos. The Defendants stipulate to the voluntary dismissal. The Plaintiffs and Isabella Campos agree to pay their own costs and attorneys' fees.

1

Dated: June 23, 2025

Respectfully submitted,

<u>/s/Jay M. Ezelle</u>
Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Samuel A. Cochran (ASB-1354-R84D)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
    jezelle@starneslaw.com
    cgresham@starneslaw.com
    scochran@starneslaw.com

*Counsel for the Board Defendants*

Steve Marshall
  *Attorney General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

<u>/s/A. Barrett Bowdre</u>
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

George Muirhead (ASB-7345-K00L)
  *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
George.Muirhead@AlabamaAG.gov

*Counsel for Defendant Kay Ivey in her official capacity as Governor of Alabama*

/s/Alison Mollman
Alison Mollman
ASB-8397-A33C
ACLU of Alabama
PO Box 6179,
Montgomery, AL 36106
(510) 909-8908
amollman@aclualabama.org

Antonio L. Ingram II*
Mide Odunsi*
Loreal Hawk*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300

Daniel A. Cantor*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW Washington,
DC 20001-3743
(202) 942-5000

Carmen Lo*
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500 Palo Alto,
CA 94306-3807
(650) 319-4500

Michael A. Rogoff*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7684

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been delivered to all counsel of record by the Court's electronic filing system on this 23rd day of June, 2025.

/s/Alison Mollman
Alison Mollman