# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA SIMON et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:25-cv-00067-RDP |
| **KAY IVEY, in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

This case is before the court on the Stipulation of Dismissal of Plaintiff Isabella Campos. (Doc. # 64). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Isabella Campos's claims against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. The parties to this dismissal are to bear their own costs, expenses, and attorney's fees.

This dismissal shall not affect any other right, claim, or cause of action which any remaining Plaintiffs have, or may have, against any remaining Defendants.

**DONE** and **ORDERED** this June 23, 2025.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE