# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA SIMON et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:25-cv-00067-RDP |
| **KAY IVEY, in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on the Opposed Motion for Preliminary Injunction filed by Plaintiffs Cassandra Simon, Dana Patton, Richard Fording, Sydney Testman, Miguel Luna, and the Alabama State Conference of the NAACP (collectively, "Plaintiffs"). (Doc. # 12). For the reasons discussed in the court's corresponding Memorandum Opinion, Plaintiffs' Motion (Doc. # 12) is **DENIED**.

**DONE** and **ORDERED** this August 13, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE