FILED
2025 Aug-13 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA SIMON et al.,** | }<br>} |
| **Plaintiffs,** | }<br>}<br>} |
| v. | }    Case No.: 2:25-cv-00067-RDP<br>} |
| **KAY IVEY, in her official capacity as Governor of Alabama and President Ex-Officio of the University of Alabama Board of Trustees, et al.,** | }<br>}<br>}<br>}<br>} |
| **Defendants.** | } |

## ORDER

This matter is before the court on the Motion to Dismiss filed by Defendant Kay Ivey ("Governor Ivey") in her Official Capacity as Governor of Alabama. (Doc. # 32). For the reasons discussed in the court's Memorandum Opinion on Plaintiffs' Opposed Motion for Preliminary Injunction (Doc. # 79),[1] Governor Ivey's Motion to Dismiss is **GRANTED**. It is hereby **ORDERED** that Governor Ivey, in her official capacity as Governor of Alabama, is **DISMISSED** from this action.

**DONE** and **ORDERED** this August 13, 2025.

*[signature]*

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

---

[1] As part of the court's analysis in its Memorandum Opinion on Plaintiffs' Motion for Preliminary Injunction (Doc. # 79), the court had to evaluate whether it had jurisdiction over Governor Ivey in her official capacity as Governor. As explained in the Memorandum Opinion, the court does not have jurisdiction over Governor Ivey in her official capacity as Governor. (*Id.*).