Case 2:25-cv-00067-RDP   Document 90   Filed 12/17/25   Page 1 of 1
USCA11 Case: 25-13005   Document: 35   Date Filed: 12/17/2025   Page: 1 of 2

FILED
2025 Dec-18 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 17, 2025

Hope Metcalf
Human Rights Initative
University of Iowa College of Law
BOYD LAW BLDG
130 BYINGTON RD
IOWA CITY, IA 52246

Appeal Number: 25-13005-JJ
Case Style: Cassandra Simon, et al v. Governor of Alabama, et al
District Court Docket No: 2:25-cv-00067-RDP

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135     Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:    404-335-6141

MOT-2 Notice of Court Action